**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **FELIX GUZMAN RIVADENEIRA,** )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND** )<br>**SECURITY,** ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:15-CV-228-DBH |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 29, 2015, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision on the plaintiff's complaint. The plaintiff filed his objection to the Recommended Decision on July 16, 2015.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary. I also observe that the plaintiff says that he is not challenging his own sentence and that he appears to be incarcerated outside this court's jurisdiction.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The plaintiff's complaint is **DISMISSED**.  This dismissal **MOOTS** his motions to proceed *in forma pauperis* and for appointment of counsel.

**SO ORDERED.**

**DATED THIS 22ND DAY OF JULY, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**